UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Trustees of the Sheet Metal　　　　　　　　　　Civil 09-511 JNE/FLN
Local #10 Control Board Trust Fund,

      Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　O R D E R

North Country Fabrication, Inc.,

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 26, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' motion for entry of a default money judgment is GRANTED [#10];

2. Judgment in the amount of $26,312.22 is entered against Defendant and in favor of Plaintiffs;

**LET JUDGMENT BE ENTERED.**

DATED: July 17, 2009.　　　　　　　s/ Joan N. Ericksen
at Minneapolis, Minnesota　　　　　JUDGE JOAN N. ERICKSEN
　　　　　　　　　　　　　　　　　　United States District Court